STATE of Missouri, Respondent,

v.

Kelvin GRIFFIN, Appellant.

Kelvin GRIFFIN, Appellant,

v.

STATE of Missouri, Respondent.

Nos. 64537, 66016.

Missouri Court of Appeals,
Eastern District,
Division Two.

May 30, 1995.

Deborah B. Wafer, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Cheryl A. Caponegro, Asst. Atty. Gen., Jefferson City, for respondent.

Before SMITH, P.J., and PUDLOWSKI and DOWD, JJ.

*MEMORANDUM OPINION*

PER CURIAM.

Defendant appeals from his conviction by a jury of assault first degree and armed criminal action and his sentence by the court as a prior, persistent, and class X offender to thirty years and ten years imprisonment respectively to be served consecutively. He also appeals from denial of his Rule 29.15 post-conviction motion. No error of law appears and the verdict of the jury is supported by the evidence. The judgment of the court on the Rule 29.15 motion is based on findings of fact that are not clearly erroneous. An opinion would have no precedential nor jurisprudential value.

Judgments affirmed. Rules 30.25(b) and 84.16(b).

Ernest HARBISON, Appellant,

v.

STATE of Missouri, Respondent.

No. 67388.

Missouri Court of Appeals,
Eastern District,
Division One.

May 30, 1995.

Emmett D. Queener, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Cheryl A. Caponegro, Asst. Atty. Gen., Jefferson City, for respondent.

Before REINHARD, P.J., and GARY M. GAERTNER and CRAHAN, JJ.

*ORDER*

PER CURIAM.

Appellant, Ernest Harbison, appeals from an order entered in the Circuit Court of Gasconade County denying his Rule 24.035 motion without an evidentiary hearing. We affirm.

We have reviewed the briefs of the parties and the legal file and find the judgment of the circuit court is not clearly erroneous. As we further find an extended opinion would serve no jurisprudential purpose, we affirm the circuit court's order pursuant to Rule 84.16(b).